LUCY A. OWEN, Respondent, v. THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY, Appellant.

Kansas City Court of Appeals, November 7, 1904.

AFFIRMED on authority of Owen v. Railroad, infra.

ELLISON, J.—This case was submitted with that of Robert L. Owen against this defendant on stipulation that it should abide the result of that case. The judgment of the trial court herein is therefore affirmed. All concur.